AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| Amy Childers, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-CV-107 |
| Menard Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Menard, Inc.

Date: 03/19/2020

/s/ Brian P. Norton
*Attorney's signature*

Brian P. Norton (6186737 - IL)
*Printed name and bar number*

Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
*Address*

bnorton@freeborn.com
*E-mail address*

(312) 360-6000
*Telephone number*

(312) 360-6520
*FAX number*