AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| Amy Childers, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-CV-107 |
| Menard, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Menard, Inc.

Date: 04/13/2020

/s/ James J. Boland
*Attorney's signature*

James J. Boland (6228874 - IL)
*Printed name and bar number*

Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
*Address*

jboland@freeborn.com
*E-mail address*

(312) 360-6000
*Telephone number*

(312) 360-6527
*FAX number*