# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMY CHILDERS, BARRY EARLS, THOMAS FETSCH, CODY ITALIA, DAVID KIEL, NAZAR MANSOOR, DEBBIE RIDER, TRENT SHORES, STEVE SCHUSSLER, CASSIE LIETAERT, RYAN INGALLS, CHRIS JESSIE and KAREN FLECKENSTEIN, individually and, on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MENARD, INC., a Delaware [sic] corporation, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 20 CV 107<br><br><br><br><br>Hon. James D. Peterson |

## MENARD INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)(6) and 9(b), Defendant Menard, Inc.[1] respectfully moves this Court for an order dismissing Plaintiffs' claims in their entirety, with prejudice, and in support of this motion relies upon its Memorandum of Law, submitted herewith.

Dated: April 13, 2020

Respectfully submitted,

/s/ Brian P. Norton
Brian P. Norton
James J. Boland
Andrew C. Nordahl
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60601-6677
Tel: (312) 360-6000
Fax: (312) 360-6520
*Attorneys for Defendant Menard, Inc.*

---

[1] The Complaint erroneously alleges that Menard, Inc. is a Delaware corporation. (Compl. ¶ 25.) Menard, Inc. is a Wisconsin corporation.