IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Amy Childers, et al.
        Plaintiff(s),

v.

Case No. 20 CV 107

Menards, Inc. et al.
        Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Sabita J. Soneji    of    Tycko and Zavareei LLP
    Attorney                             Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in California
                                                             Jurisdiction

Dated this 17 day of April, 2020

s/ Sabita J. Soneji

Name: Sabita J. Soneji

Firm: Tycko and Zavareei LLP

Address: 1970 Broadway Suite 1070

City: Oakland    State: CA    Zip Code: 94612

E-Mail: ssoneji@tzlegal.com

Phone: +1 (510) 254-6808