IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Amy Childers, et al.
         Plaintiff(s),

v.                                          Case No.  20 CV 107

Menards, Inc. et al.
         Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Maren I. Christensen    of    Tycko and Zavareei LLP
     Attorney                        Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in California
                                                                Jurisdiction

Dated this  17  day of  April, 2020

s/ Maren I. Christensen

Name    Maren I. Christensen

Firm    Tycko and Zavareei LLP

Address 1970 Broadway Suite 1070

City    Oakland           State  CA    Zip Code 94612

E-Mail  mchristensen@tzlegal.com

Phone   +1 (510) 254-6808