# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMY CHILDERS, BARRY EARLS, THOMAS FETSCH, CODY ITALIA, DAVID KIEL, NAZAR MANSOOR, DEBBIE RIDER, TRENT SHORES, STEVE SCHUSSLER, CASSIE LIETAERT, RYAN INGALLS, CHRIS JESSIE and KAREN FLECKENSTEIN, individually and, on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MENARD, INC., a Delaware corporation, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 20 CV 107<br><br><br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Extension of Time to File Opposition in Response to Defendant's Motion to Dismiss and Petition to Compel. Defendant does not oppose the motion. For good cause, the motion is GRANTED. The deadline for Plaintiffs to file their responses to Defendant's Motion to Dismiss and Petition to Compel is hereby extended through May 18, 2020 and the deadline for Defendant's Replies is hereby extended through June 5, 2020.

IT IS SO ORDERED, this the ____ day of April, 2020.

_____
James D. Peterson
United States District Court Judge