## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BARRY EARLS, THOMAS FETSCH, DAVID KIEL, TRENT SHORES, STEVE SCHUSSLER, CASSIE LIETAERT, CHRIS JESSE, individually and on behalf of a class of similarly situated individuals, | Case No. 20 CV 107 |
| Plaintiffs, | Hon. James D. Peterson |
| v. | |
| MENARD, INC., a Delaware [sic] corporation, and JOHN DOES 1-10, | |
| Defendants. | |

## DECLARATION OF JAMES BOLAND

I, James Boland, pursuant to 28 U.S.C. § 1746, declare under penalties of perjury that the foregoing statements are true and correct:

1.      I am a resident of the state of Illinois, over eighteen years of age, a partner at the law firm Freeborn & Peters, LLP, counsel to defendant Menard, Inc. in the above-captioned action, and have personal knowledge of the facts set forth herein.

2.      Attached as Boland Decl. Ex. A is a true and correct excerpt from the rough transcript of the February 24, 2021 deposition of plaintiff Barry Earls. *See* page 78, lines 13-17.

3.      Attached as Boland Decl. Ex. B is a true and correct excerpt from the rough transcript of the February 23, 2021 deposition of plaintiff Chris Jesse.  *See* page 209, lines 9-16.

4.      Attached as Boland Decl. Ex. C is a true and correct excerpt from the rough transcript of the March 2, 2021 deposition of plaintiff Thomas Fetsch.  *See* page 230, lines 13-21.

5.      Attached as Boland Decl. Ex. D is a true and correct copy of a document

produced by plaintiff Chris Jesse on October 29, 2020 and marked as deposition exhibit DX67. *See* pp. P000010-12.

6.      Attached as Boland Decl. Ex. E is a true and correct copy of a document produced by plaintiff Thomas Fetsch on October 29, 2020 and marked as deposition exhibit DX102.  *See* pp. P000054-55.

7.      Attached as Boland Decl. Ex. F is a true and correct copy of deposition exhibit DX40, which reflects all class-period rebate data relating to plaintiff Chris Jesse that was produced to plaintiffs' counsel on November 27, 2020.

8.      Attached as Boland Decl. Ex. G is a true and correct copy of deposition exhibit DX110, which reflects all class-period rebate data relating to plaintiff Thomas Fetsch that was produced to plaintiffs' counsel on November 27, 2020.

Dated:  March 8, 2021

/s/ *James J. Boland*
James J. Boland
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60601-6677
Tel: (312) 360-6000
Fax: (312) 360-6520
jboland@freeborn.com